UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| ROBERT SUTTON, | ) | No. 5:23-cv-01161-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 17th day of October, 2023, upon consideration of the Defendant's Motion for Remand, ECF No. 29, pursuant to Sentence Four of 42 U.S.C. § 405(g) and any response thereto, it is hereby **ORDERED** that the Defendant's Motion, ECF No. 29, is GRANTED and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

October 17, 2023
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge